IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | § | |
| | § | |
| Defendant Below, | § | No. 548, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0009015005 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 19, 2018
Decided: December 27, 2018

## **ORDER**

On December 3, 2018, the Court denied the appellant's motion to proceed *in forma pauperis*. The appellant was instructed to pay the required filing fee by December 18, 2018 or else his appeal would be dismissed without further notice. The appellant has failed to pay the required filing fee. Dismissal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice